IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| MICHAEL CHRISTIAN BRANTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) Civil Action No. 1:11-CV-085-C |

## ORDER

Plaintiff is appealing an adverse decision of Defendant, Michael J. Astrue, Commissioner of Social Security, pursuant to 42 U.S.C. § 405(g). A United States Magistrate Judge filed a Report and Recommendation on April 27, 2012, and Plaintiff filed objections to the Report and Recommendation on May 11, 2012. The Court has made a *de novo* review of the records and finds Plaintiff's objections to be without merit. The Court further finds that the ALJ applied correct legal standards and that substantial evidence supports the decision.

It is, therefore, ORDERED that Plaintiff's objections are OVERRULED, the Magistrate Judge's Report and Recommendation is ADOPTED by the Court, and Plaintiff's complaint is DISMISSED WITH PREJUDICE.

SO ORDERED this 10th day of October, 2012.

SAM R. CUMMINGS
UNITED STATES DISTRICT JUDGE